James Hanley #150168
3038 W. 850 South
Bunker Hill, In 46914

United States Dist Court
46 E. Ohio St
Indpls, In 46204

Legal —

Indiana Dept. of Correction
Miami Correctional Facility
Bunker Hill, In 46914

This stamp identifies this correspondence as having been mailed by an offender incarcerated at the above named facility. "Naming" not responsible for contents. Any enclosed money orders should be delivered to your local postmaster before cashing.

INDIANAPOLIS IN
11 FEB 2015 PM 5 L

USA FOREVER

RECEIVED
FEB 13 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

46204130399